**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
District of District of Columbia

Case Number: 1:06CV01519

Plaintiff:
**International Painters and Allied Trades Industry Pension Fund**

vs.

Defendant:
**The H. Sims Co., Inc. a/k/a The H Sims Company, Inc., Donald J. Landis, individually and d/b/a The H. Sims Co., Inc., a/k/a The Sims Company, Inc.**

For:
Shawn Schaffer
Legal Errands, Inc.
1313 Race St.
Philadelphia, PA  19107

Received by EXPRESS PROCESS SERVICE, INC. on the 14th day of September, 2006 at 12:34 pm to be served on **THE H. SIMS CO., INC. a/k/a The H. Sims Company, Inc., 1073 Oliver Avenue, indianapolis, Indiana 46221**.

I, Bill Rorie, being duly sworn, depose and say that on the **18th day of September, 2006** at **10:40 am, I:**

**Individually Served** the within named person with a true copy of the **Summons and Complaint** at the aforementioned address.   Served Donald J. Landis, as owner.

**Description** of Person Served:  Age: 55,  Sex: M,  Race/Skin Color: Cauc,  Height: 6',  Weight: 190,  Hair: White, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Bill Rorie
Process Server

EXPRESS PROCESS SERVICE, INC.
1201 N. Post Road
Suite 5
Indianapolis, IN  46219-4225
(317) 890-1055
Our Job Serial Number: 2006006298
Ref: Jennings Sigmund

Subscribed and Sworn to before me on the 18th day of September, 2006 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County
My Commission Expires Jul 18, 2009

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q