# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of District of Columbia

Case Number: 1:06CV01519

Plaintiff:
**International Painters and Allied Trades Industry Pension Fund**
vs.
Defendant:
**The H. Sims Co., Inc. a/k/a The H Sims Company, Inc., Donald J. Landis, individually and d/b/a The H. Sims Co., Inc., a/k/a The Sims Company, Inc.**

For:
Shawn Schaffer
Legal Errands, Inc.
1313 Race St.
Philadelphia, PA  19107

Received by EXPRESS PROCESS SERVICE, INC. on the 14th day of September, 2006 at 12:34 pm to be served on **DONALD J. LANDIS, d/b/a The H. Sims Co., Inc. a/k/a The Sims Company, Inc., 1073 Oliver Avenue, Indianapolis, Indiana 46221.**

I, Bill Rorie, being duly sworn, depose and say that on the **18th day of September, 2006** at **10:40 am**, I:

**Individually Served** the within named person with a true copy of the **Summons and Complaint** at the aforementioned address.

**Description** of Person Served:  Age: 55,  Sex: M,  Race/Skin Color: Cauc,  Height: 6',  Weight: 190,  Hair: White, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 18th day of September, 2006 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NANCY BOTBYL
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County
My Commission Expires Jul. 18, 2009

_____
Bill Rorie
Process Server

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN  46219-4225
(317) 890-1055
Our Job Serial Number: 2006006296
Ref: Jennings Sigmund

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q