## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| International Painters and Allied Trades ) <br> Industry Pension Fund,                  ) <br>                                          ) <br>                          Plaintiff,      ) <br>       v.                                ) <br>                                          ) <br> The H. Sims Co., Inc. a/k/a The H Sims   ) <br> Company, Inc. and Donald J. Landis,      ) <br> individually and d/b/a The H. Sims Co.,  ) <br> Inc. a/k/a The H Sims Company Inc.       ) <br>                                          ) <br>                          Defendants.    ) | **Civil Action Number** <br> **1:06CV01519GK** <br><br> Hon. Gladys Kessler. |

### AGREED MOTION FOR ENLARGEMENT OF
### TIME TO RESPOND TO COMPLAINT

Defendants The H. Sims Co., Inc. a/k/a The H Sims Company Inc., and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc., by counsel, move this Court for an enlargement time of thirty (30) days or up to and including November 9, 2006, to file their answer, motion or other response to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1. Plaintiff's Complaint was filed on or about August 28, 2006 and was served on Defendants on September 18, 2006.

2. An answer or responsive pleading is due October 10, 2006.

3. The undersigned counsel requests a thirty (30) day enlargement of time to and including November 9, 2006, within which to apprise themselves of the facts and circumstances of Plaintiff's Complaint, to engage in settlement discussions, and prepare its responsive pleadings.

4. This Motion is made in good faith and is not for the purposes of delay.

5. Plaintiff's counsel has agreed to this enlargement of time.

2

WHEREFORE, The H. Sims Co., Inc. a/k/a The H Sims Company Inc., and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc., pray for entry of an Order granting them a thirty-day enlargement of time, up to and including November 9, 2006, to answer, move or otherwise respond to Plaintiff's Complaint, and all other appropriate relief.

Respectfully submitted,


By: /s/ David Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
Tel.: 703-379-9424
Fax: 703-684-1851

## CERTIFICATE OF SERVICE

      I certify that on October 10, 2006, a copy of the foregoing Motion for Enlargement of Time to Respond to Plaintiffs' Complaint was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

| | |
|---|---|
| Jerome A. Flanagan | Kent Cprek |
| Jennings Sigmond, P.C. | Sanford G. Rosenthal |
| The Penn Mutual Towers, 16th Floor | The Penn Mutual Towers, 16th Floor |
| 510 Walnut Street, Independence Square | 510 Walnut Street, Independence Square |
| Philadelphia, PA 19106-3683 | Philadelphia, PA 19106-3683 |

                                                                              /s/David I. Bledsoe_____
                                                                             David Bledsoe