## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| International Painters and Allied Trades ) <br> Industry Pension Fund, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> The H. Sims Co., Inc. a/k/a The H Sims ) <br> Company, Inc. and Donald J. Landis, ) <br> individually and d/b/a The H. Sims Co., ) <br> Inc. a/k/a The H Sims Company Inc. ) <br> ) <br> Defendants. ) | **Civil Action Number** <br> **1:06CV01519GK** <br><br> Hon. Gladys Kessler |

## ORDER ON AGREED MOTION FOR ENLARGEMENT OF TIME

THIS MATTER HAVING COME BEFORE THE COURT on the Agreed Motion of Defendants, The H. Sims Co., Inc. a/k/a The H Sims Company Inc., and Donald J. Landis, by counsel, and the Court having reviewed the same, it is hereby.

IT IS THEREFORE ORDERED that the Agreed Motion is granted, and Defendants, The H. Sims Co., Inc. a/k/a The H Sims Company Inc., and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc., shall have an enlargement of time of thirty (30) days or up to and including November 9, 2006, to file their answers, motions or other responses to Plaintiff's Complaint.

ENTERED this _____ day of _____, 2006.

_____
Judge Gladys Kessler
United States District Judge

Distribution:

David Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314

Jerome A. Flanagan
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

Kent Cprek
Sanford G. Rosenthal
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683