UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| International Painters and Allied Trades | ) | |
| Industry Pension Fund, | ) | **Civil Action Number** |
| | ) | **1:06CV01519GK** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Hon. Gladys Kessler, U.S.D.J. |
| The H. Sims Co., Inc. a/k/a The H Sims | ) | |
| Company, Inc. and Donald J. Landis, | ) | |
| individually and d/b/a The H. Sims Co., | ) | |
| Inc. a/k/a The H Sims Company Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, The H. Sims Co., Inc. a/k/a The H Sims Company Inc. and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc. (collectively "Defendants"), by counsel, for their Answer to the Complaint filed by International Painters and Applied Trades Industry Pension Fund ("Plaintiff"), allege and state as follows:

## ANSWER

### Jurisdiction

1.      Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 1 of the Complaint, and therefore deny the same.

2.      Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 2 of the Complaint, and therefore deny the same.

### Venue

3.      Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 3 of the Complaint, and therefore deny the same.

Parties

4. Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 4 of the Complaint, and therefore deny the same.

5. Defendants admit that The H. Sims Co., Inc. a/k/a The H Sims Company Inc. is an Indiana corporation. Defendants deny any and all remaining allegations in Paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of the Complaint.

Common Facts

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants state only that the documents attached as Exhibit 1 and Exhibit 2 to the Complaint speak for themselves. Defendants deny the allegations in Paragraph 8 of the Complaint.

9. Defendants state only that the documents attached as Exhibit 1 and Exhibit 2 to the Complaint speak for themselves. Defendants deny the allegations in Paragraph 9 of the Complaint.

10. Defendants deny the allegations in Paragraph 10 of the Complaint.

11. Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 11 of the Complaint, and therefore deny the same.

12. Defendants state only that the documents attached as Exhibit 3 speaks for itself. Defendants deny the allegations in Paragraph 12 of the Complaint.

Count I – Contributions Under Contract – Sum Certain

13. Defendants incorporate their answers to the allegations contained in Paragraphs 1-12 of the Complaint set forth hereinabove as if each were fully set forth herein.

14. Defendants deny the allegations in Paragraph 14 of the Complaint.

15. Defendants deny the allegations in Paragraph 15 of the Complaint.

WHEREFORE, Defendants pray that Plaintiff take nothing against them by Count I of its Complaint and for all other just and proper relief. By their Answer hereto, Defendants do not waive their right to assert further defenses and claims.

### Count II – Contributions Under ERISA – Sum Certain

16. Defendants incorporate their answers to the allegations contained in Paragraphs 1-15 of the Complaint set forth hereinabove as if each were fully set forth herein.

17. Defendants deny the allegations in Paragraph 17 of the Complaint.

18. Defendants deny the allegations in Paragraph 18 of the Complaint.

19. Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 19 of the Complaint, and therefore deny the same.

WHEREFORE, Defendants pray that Plaintiff take nothing against them by Count II of its Complaint and for all other just and proper relief. By their Answer hereto, Defendants do not waive their right to assert further defenses and claims.

### Count III – Audit

20. Defendants incorporate their answers to the allegations contained in Paragraphs 1-19 of the Complaint set forth hereinabove as if each were fully set forth herein.

21. Defendants deny the allegations in Paragraph 21 of the Complaint.

22. Plaintiff has not stated the allegations in Paragraph 22 in a manner that requires a response on behalf of Defendants. Regardless, Defendants deny any and all allegations that Plaintiff or this Court may deem made against it by Paragraph 22 of the Complaint.

23. Plaintiff has not stated the allegations in Paragraph 23 in a manner that requires a response on behalf of Defendants. Regardless, Defendants deny any and all allegations that Plaintiff or this Court may deem made against it by Paragraph 23 of the Complaint.

24. Defendants deny the allegations in Paragraph 24 of the Complaint.

25. Defendants deny the allegations in Paragraph 25 of the Complaint.

26. Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 26 of the Complaint, and therefore deny the same.

27. Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 27 of the Complaint, and therefore deny the same.

WHEREFORE, Defendants pray that Plaintiff take nothing against them by Count III of its Complaint and for all other just and proper relief. By their Answer hereto, Defendants do not waive their right to assert further defenses and claims.

## Count IV – Contributions Under Contract After Audit

28. Defendants incorporate their answers to the allegations contained in Paragraphs 1-27 of the Complaint set forth hereinabove as if each were fully set forth herein.

29. Defendants deny the allegations in Paragraph 29 of the Complaint.

30. Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 30 of the Complaint, and therefore deny the same.

WHEREFORE, Defendants pray that Plaintiff take nothing against them by Count IV of its Complaint and for all other just and proper relief. By their Answer hereto, Defendants do not waive their right to assert further defenses and claims.

### Count V – Contributions Under ERISA After Audit

31.     Defendants incorporate their answers to the allegations contained in Paragraphs 1-30 of the Complaint set forth hereinabove as if each were fully set forth herein.

32.     Defendants deny the allegations in Paragraph 32 of the Complaint.

33.     Plaintiff has not stated the allegations in Paragraph 33 in a manner that requires a response on behalf of Defendants.  Regardless, Defendants deny any and all allegations that Plaintiff or this Court may deem made against it by Paragraph 33 of the Complaint.

34.     Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 34 of the Complaint, and therefore deny the same.

WHEREFORE, Defendants pray that Plaintiff take nothing against them by Count V of its Complaint and for all other just and proper relief.  By their Answer hereto, Defendants do not waive their right to assert further defenses and claims.

### Count VI - Injunction

35.     Defendants incorporate their answers to the allegations contained in Paragraphs 1-34 of the Complaint set forth hereinabove as if each were fully set forth herein.

36.     Defendants deny the allegations in Paragraph 36 of the Complaint.

37.     Defendants deny the allegations in Paragraph 37 of the Complaint.

38.     Defendants are without sufficient information or knowledge to either admit or deny the allegations contained in Paragraph 38 of the Complaint, and therefore deny the same.

WHEREFORE, Defendants pray that Plaintiff take nothing against them by Count VI of its Complaint and for all other just and proper relief.  By their Answer hereto, Defendants do not waive their right to assert further defenses and claims.

## **AFFIRMATIVE DEFENSES**

Defendants, by counsel, for their Affirmative Defenses to the Complaint, allege and state as follows:

1. Plaintiff's claims in its Complaint, in whole or in part, fail to state a claim upon which relief can be granted.

2. Plaintiff's claims in its Complaint are barred by the doctrines of waiver, laches, estoppel, unjust enrichment, and/or unclean hands.

3. Plaintiff has failed to mitigate its alleged damages, if any.

4. Defendants reserve the right to raise any additional further defenses as may be allowed by applicable contract, statute, or common law, or which hereinafter discovered through the course of discovery in this action.

WHEREFORE, Defendants pray that the Court enter judgment in their favor and award to them their costs herein, together with such other relief as to the Court seems proper.

Respectfully submitted,

By: /s/ David Bledsoe
Bar No. 422596
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
Tel.:  703-379-9424
Fax:  703-684-1851

## CERTIFICATE OF SERVICE

I certify that on November 13, 2006, a copy of the foregoing Answer to Plaintiffs' Complaint was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

| | |
|---|---|
| Jerome A. Flanagan | Kent Cprek |
| Jennings Sigmond, P.C. | Sanford G. Rosenthal |
| The Penn Mutual Towers, 16th Floor | The Penn Mutual Towers, 16th Floor |
| 510 Walnut Street, Independence Square | 510 Walnut Street, Independence Square |
| Philadelphia, PA  19106-3683 | Philadelphia, PA  19106-3683 |

                                            ____/s/David I. Bledsoe_____
                                                David Bledsoe