## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | )CIVIL ACTION NO. 06-1519 (GK) |
| v. | )<br>) |
| THE H. SIMS CO., INC.<br>a/k/a The H Sims Company Inc<br>DONALD J. LANDIS, individually and<br>d/b/a The H. Sims Co., Inc.<br>a/k/a The H Sims Company Inc | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR LEAVE TO
## APPEAR PRO HAC VICE

Kent Cprek, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-styled action, respectfully applies to this Court for permission for Jerome A. Flanagan to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1.    Jerome A. Flanagan is an associate with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2.    Jerome A. Flanagan graduated from the Syracuse University College of Law in 2003. He is a member in good standing and admitted to practice in Pennsylvania, New Jersey and before the United States District Court for the Eastern District of Pennsylvania. Mr. Flanagan is not currently suspended or disbarred in any court.

3.    Mr. Flanagan's practice is devoted entirely to the representation of multiemployer

176724-1

funds such as the Plaintiff Fund.

    4.    Kent Cprek, a member of Jennings Sigmond has entered his appearance as local

counsel for Plaintiff.

    WHEREFORE, Kent Cprek requests that this Court grant leave for Jerome A. Flanagan

to appear *pro hac vice* during these proceedings.

                      Respectfully submitted,

                      JENNINGS SIGMOND

             BY: /s Kent Cprek
                    KENT CPREK
                    D.C. Bar No. 478231
                    The Penn Mutual Towers, 16th Floor
                    510 Walnut Street, Independence Square
                    Philadelphia, PA 19106-3683
                    (215) 351-0615

                    Counsel for Plaintiff

Dated: December 6, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | )CIVIL ACTION NO. 06-1519 (GK) |
| v. | ) ) |
| THE H. SIMS CO., INC. a/k/a The H Sims Company Inc DONALD J. LANDIS, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF JEROME A. FLANAGAN

Jerome A. Flanagan states as follows:

1.      My name is Jerome A. Flanagan.  I am an associate of the law firm of Jennings Sigmond, The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2.      I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and State of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

3.      I am a member in good standing of the bars of both the Commonwealth of Pennsylvania and the State of New Jersey.

4.      I have been retained as counsel for the Plaintiff in this matter.

5.      I have familiarized myself with the United States District Court for the District of

176724-1

Columbia Local Rules of Civil Procedure.

6.     I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: <u>December 6, 2006</u>          /s Jerome A. Flanagan

          JEROME A. FLANAGAN

176724-1