IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
|         Plaintiff,<br>v. | )CIVIL ACTION NO. 06-1519 (GK)<br>)<br>) |
| THE H. SIMS CO., INC.<br>    a/k/a The H Sims Company Inc<br>DONALD J. LANDIS, individually and<br>    d/b/a The H. Sims Co., Inc.<br>    a/k/a The H Sims Company Inc | )<br>)<br>)<br>)<br>)<br>) |
|         Defendants. | )<br>) |

## ORDER

Upon consideration of this Motion For Leave to Appear Pro Hac Vice, it is this

_____ day of _____, 2006:

ORDERED that Jerome A. Flanagan may appear *pro hac vice* during the proceedings in the above-styled action.

                                            BY THE COURT

Date:_____

                                        _____
                                        Gladys Kessler,            J.
                                        United States District Court Judge

176724-1

Copies of this Order shall be sent to:

Jerome A. Flanagan, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

David I. Bledsoe, Esquire
601 King Street
Alexandria, VA 22314

Kimberly L. Cohen, Esquire
Drewry Simmons Vornehm, LLP
8888 Keystone Crossing, Suite 1200
Indianapolis, IN  46240

176724-1