IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE H. SIMS CO., INC.<br>    a/k/a The H Sims Company Inc<br>DONALD J. LANDIS, individually and<br>    d/b/a The H. Sims Co., Inc.<br>    a/k/a The H Sims Company Inc<br><br>Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 06-1519 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on the Plaintiff's uncontested Motion for Leave to Appear for the Scheduling Conference, set for December 15, 2006 at 9:30am, via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff may appear for the Scheduling Conference, set for December 15, 2006 at 9:30am, via teleconference; and it is

**FURTHER ORDERED** that the Parties will arrange the teleconference and advise the Judge's Courtroom Deputy Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____

_____
Gladys Kessler,           J.
United States District Court Judge

176705-1