**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to Appear for the Scheduling Conference Via Teleconference and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

David I. Bledsoe, Esquire
601 King Street
Alexandria, VA 22314

Kimberly L. Cohen, Esquire
Drewry Simmons Vornehm, LLP
8888 Keystone Crossing, Suite 1200
Indianapolis, IN 46240

/s Kent Cprek
KENT CPREK

DATE: December 6, 2006

176705-1