IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | |
| TRADES INDUSTRY PENSION FUND ) | |
| ) | |
| Plaintiff, )CIVIL ACTION NO. 06-1519 (GK) | |
| v. ) | |
| ) | |
| THE H. SIMS CO., INC. ) | |
| a/k/a The H Sims Company Inc ) | |
| DONALD J. LANDIS, individually and ) | |
| d/b/a The H. Sims Co., Inc. ) | |
| a/k/a The H Sims Company Inc ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Status Report submitted by the parties in this action, the Court enters the following Scheduling Order:

1. All parties shall be joined and all pleadings must be amended by no later than December 29, 2006.

2. By agreement of the parties, the initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure are not required.

3. All discovery shall be completed by March 16, 2007. The parties are limited to 25 Interrogatories, 25 Requests for Admission and 10 depositions per side. There are no restrictions on the number of requests for production of documents. Pursuant to Federal Rules of Civil Procedure 30(a)(2) and 33(a), a party must obtain leave of Court before exceeding either limitation.

4. Any motion or cross motion for summary judgment must be filed by April 16, 2007 with oppositions submitted in accordance with Local Civil Rule 7. The decision date on these dispositive motions should be within 30 days of the reply deadline date.

176702-1

5. The pre-trial conference should be scheduled for a date approximately 30 days after any decision on dispositive motions; or, if there are no dispositive motions, the pre-trial conference should be scheduled for a date approximately forty-five (45) days after the close of discovery. The parties are responsible for adhering to the requirements of Local Rule 16.5 and Federal Rule of Civil Procedure 16 with regard to this pre-trial conference.

6. The Court will set a trial date at the pre-trial conference, with such date to be within 30 to 60 days after the pre-trial conference.

AND NOW, this ___ day of _____, 2006, it is so ORDERED.

_____
Gladys Kessler,                                    J.
United States District Judge