## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| International Painters and Allied Trades Industry Pension Fund, | ) ) ) | **Civil Action Number** **1:06CV01519GK** |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Gladys Kessler, U.S.D.J. |
| The H. Sims Co., Inc. a/k/a The H Sims Company, Inc. and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc. | ) ) ) ) ) | |
| Defendants. | ) | |

## THE H. SIMS CO., INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, The H. Sims Co., Inc., by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files the following Corporate Disclosure Statement in the above cause:

1. Defendant, The H. Sims Co., Inc. is not owned by any parent corporation.

2. No publicly held corporation has 10% or more ownership interest in Defendant, The H. Sims Co., Inc.

Respectfully submitted,

By: /s/ David Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
Tel.: 703-379-9424
Fax: 703-684-1851

## CERTIFICATE OF SERVICE

I certify that on December 8, 2006, a copy of the foregoing Corporate Disclosure Statement. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

| | |
|---|---|
| Jerome A. Flanagan | Kent Cprek |
| Jennings Sigmond, P.C. | Sanford G. Rosenthal |
| The Penn Mutual Towers, 16th Floor | The Penn Mutual Towers, 16th Floor |
| 510 Walnut Street, Independence Square | 510 Walnut Street, Independence Square |
| Philadelphia, PA 19106-3683 | Philadelphia, PA 19106-3683 |

                                                                                       /s/David I. Bledsoe  
                                                                                       David Bledsoe