IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| International Painters and Allied Trades Industry Pension Fund, | ) ) ) | **Civil Action Number** **1:06CV01519GK** |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Gladys Kessler, U.S.D.J. |
| The H. Sims Co., Inc. a/k/a The H Sims Company, Inc. and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, David I. Bledsoe, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Defendants, The H. Sims Co., Inc. a/k/a The H Sims Company Inc., and Donald J. Landis, individually, respectfully moves for permission for Kimberly L. Cohen to appear *pro hac vice* to the bar of this Court for the purpose of representing Defendants in this matter. In support of this motion, the undersigned states as follows:

1. Kimberly L. Cohen is an associate at the law firm of Drewry Simmons Vornehm, LLP, 8888 Keystone Crossing, Suite 1200, Indianapolis, IN 46240, (317) 580-4848.

2. Ms. Cohen graduated from Indiana University School of Law – Indianapolis in 2005. She is admitted to practice in Indiana and before the United States District Court for the Northern and Southern Districts of Indiana. Her Declaration is attached hereto.

3. Ms. Cohen is a member in good standing of all bars of which she is a member, and has not been disciplined by any bar.

4. Ms. Cohen has not previously been admitted *pro hac vice* in this Court.

5. Ms. Cohen does not reside in the District of Columbia and does not engage in the practice of law from an office located in the District of Columbia.

WHEREFORE, David I. Bledsoe requests that this Court grant leave for Kimberly L. Cohen to appear *pro hac vice* during these proceedings.

Respectfully submitted,

By: /s/ David I. Bledsoe
David I. Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
Tel.: 703-379-9424
Fax: 703-684-1851

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| International Painters and Allied Trades Industry Pension Fund, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>The H. Sims Co., Inc. a/k/a The H Sims Company, Inc. and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc. )<br>)<br>)<br>)<br>)<br>Defendants. ) | **Civil Action Number<br>1:06CV01519GK**<br><br>Hon. Gladys Kessler, U.S.D.J. |

**DECLARATION OF KIMBERLY L. COHEN**

Kimberly L. Cohen states as follows:

1. My name is Kimberly L. Cohen, and I am an associate at Drewry Simmons Vornehm, LLP, 8888 Keystone Crossing, Suite 1200, Indianapolis, IN 46240, (317) 580-4848.

2. Defendants retained me to represent them in this matter.

3. I am an attorney duly licensed to practice law in the State of Indiana and have been admitted to practice law before the Indiana Supreme Court and the United States District Court for the Northern and Southern Districts of Indiana.

4. I am a member in good standing of all bars of which I am a member, and have not been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not reside in the District of Columbia and do not engage in the practice of law from an office located in the District of Columbia.

7. I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

8.      I hereby seek admission in this Court *pro hac vice* to represent Defendants.

I DECLARE UNDER PENALTY OF PERJURY THE TRUTH AND ACCURACY OF THE FOREGOING FACTS.

Dated:  <u>December 12, 2006</u>                                         <u>/s Kimberly L. Cohen</u>
                                                                                          Kimberly L. Cohen

## CERTIFICATE OF SERVICE

      I certify that on December 12, 2006, a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

| | |
|---|---|
| Jerome A. Flanagan | Kent Cprek |
| Jennings Sigmond, P.C. | Sanford G. Rosenthal |
| The Penn Mutual Towers, 16th Floor | The Penn Mutual Towers, 16th Floor |
| 510 Walnut Street, Independence Square | 510 Walnut Street, Independence Square |
| Philadelphia, PA 19106-3683 | Philadelphia, PA 19106-3683 |

By: /s David I. Bledsoe_____
      David I. Bledsoe

5