# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| International Painters and Allied Trades Industry Pension Fund, | ) ) ) | **Civil Action Number** <br> **1:06CV01519GK** |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Gladys Kessler, U.S.D.J. |
| The H. Sims Co., Inc. a/k/a The H Sims Company, Inc. and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of this Motion for Leave to Appear Pro Hac Vice, it is this _____ day of _____, 2006:

ORDERED that Kimberly L. Cohen may appear *pro hac vice* during the proceedings in the above matter.

ENTERED this _____ day of _____, 2006.

_____
Judge Gladys Kessler
United States District Judge

Distribution:

David Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314

Kimberly L. Cohen
Drewry Simmons Vornehm, LLP
8888 Keystone Crossing, Suite 1200
Indianapolis, IN 46240

Jerome A. Flanagan
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683

Kent Cprek
Sanford G. Rosenthal
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  19106-3683