IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| International Painters and Allied Trades Industry Pension Fund, | **Civil Action Number** |
| | **1:06CV01519GK** |
| Plaintiff, | |
| v. | |
| | Hon. Gladys Kessler, U.S.D.J. |
| The H. Sims Co., Inc. a/k/a The H Sims Company, Inc. and Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc., | Next-Scheduled Court Deadline: None |
| Defendants. | |

**PRELIMINARY WITNESS LIST**

Defendants, The H. Sims Co., Inc. and Donald J. Landis, may call as witnesses at the trial of this cause of action not including witnesses to be called for impeachment or rebuttal purposes, the following individuals:

1. Donald J. Landis;

2. Sandra K. Pittman;

3. Any witness identified in Plaintiff's Preliminary Witness List; Plaintiff's Final Witness List; and/or revealed during the course of discovery;

4. Representative(s) of Plaintiff, as yet unidentified;

5. Any and all witnesses necessary for rebuttal purposes;

6. Any records custodian deemed necessary to authenticate records not stipulated to prior to trial;

7. Any person identified in depositions, plaintiffs' answers to interrogatories and/or documents produced in response to defendants' request for production; and

8. Defendants reserve the right to supplement this Preliminary Witness List at a later time prior to trial, as investigation and discovery are ongoing.

Respectfully submitted,

DREWRY SIMMONS VORNEHM, LLP


By: /s/ Kimberly L. Cohen
    Kimberly L. Cohen
    (Indiana #25527-49)
    **Admitted pro hac vice**

    8888 Keystone Crossing
    Suite 1200
    Indianpolis, IN 46240
    Tel:  317-580-4848
    Fax:  317-580-4855
    kcohen@drewrysimmons.com

    *Co-Counsel for The H. Sims. Co., Inc.* and *Donald J. Landis.*


By: /s David I. Bledsoe
    David I. Bledsoe
    (#422596)
    300 North Washington Street
    Suite 700
    Alexandria VA 22314
    Tel.:  703-379-9424
    Fax:  703-684-1851
    bledsoelaw@earthlink.net

    *Local Counsel for The H. Sims. Co., Inc.* and *Donald J. Landis.*

## CERTIFICATE OF SERVICE

      I certify that on January 12, 2007, a copy of the foregoing Preliminary Witness List was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing:

| | |
|---|---|
| Jerome A. Flanagan<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683 | Kent Cprek<br>Sanford G. Rosenthal<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683 |

David I. Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street, Suite 700
Alexandria VA 22314
Tel.: 703-379-9424
Fax: 703-684-1851

                                                By: /s Kimberly L. Cohen
                                                        Kimberly L. Cohen