IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>THE H. SIMS CO., INC.<br>    a/k/a The H Sims Company Inc<br>DONALD J. LANDIS, individually and<br>    d/b/a The H. Sims Co., Inc.<br>    a/k/a The H Sims Company Inc<br><br>Defendants. | CIVIL ACTION NO. 06-1519 (GK)<br><br>Hon. Gladys Kessler, U.S.D.J.<br><br>Next-Scheduled Court Deadline:<br>None |

**PRELIMINARY WITNESS LIST**

The Plaintiffs, The H Sims Co., and Donald J. Landis, may call as witnesses at the trial of this cause of action not including witnesses to be called for impeachment or rebuttal purposes, the following individuals:

1. Thomas Montemore;

2. Peggy Gilbert;

3. Vicki McGlone;

4. Steve Shofstall;

5. Chuck Jennings;

6. Any witness identified in Defendant's Preliminary Witness List; Defendant's Final Witness List; and/or revealed during the course of discovery;

7. Representative(s) of Defendant, as yet unidentified;

8. Any and all witnesses necessary for rebuttal purposes;

178605-1

    9.    Any records custodian deemed necessary to authenticate records not stipulated to prior to trial;

    10.    Any person identified in depositions, defendants' answers to interrogatories and/or documents produced in response to plaintiffs' request for production; and

    11.    Defendants reserve the right to supplement this Preliminary Witness List at a later time prior to trial, as investigation and discovery are ongoing.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

BY: /s Kent Cprek
KENT CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

ATTORNEY FOR PLAINTIFF

Dated:  January 12, 2007

OF COUNSEL:

JEROME A. FLANAGAN
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Telephone:  (215) 351-0660
Facsimile:  (215) 922-3524

178605-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear for the Scheduling Conference Via Teleconference and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

>David I. Bledsoe, Esquire
>601 King Street
>Alexandria, VA 22314
>
>Kimberly L. Cohen, Esquire
>Drewry Simmons Vornehm, LLP
>8888 Keystone Crossing, Suite 1200
>Indianapolis, IN 46240

>/s/ Kent Cprek
>KENT CPREK

DATE:    January 12, 2007

178605-1