**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| International Painters and Allied Trades ) <br> Industry Pension Fund, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> The H. Sims Co., Inc. a/k/a The H Sims ) <br> Company, Inc. and Donald J. Landis, ) <br> individually and d/b/a The H. Sims Co., ) <br> Inc. a/k/a The H Sims Company Inc., ) <br> ) <br> Defendants. ) | **Civil Action Number** <br> **1:06CV01519GK** <br><br> Hon. Gladys Kessler, U.S.D.J. <br><br> Next-Scheduled Court Deadline: <br> 4/16/07 for dispositive motions |

**MARCH 16, 2007 JOINT STATUS REPORT TO COURT**

Defendants, The H. Sims Co., Inc. ("H. Sims") and Donald J. Landis ("Landis") (collectively referred to as "Defendants"), along with Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Plaintiff"), by their respective counsel, file the following Joint Status Report to Court in the above cause, and state as follows:

Defendants and Plaintiff, by counsel, report to the Court that pending issues have still yet to be resolved. Defendants and Plaintiff have exchanged written discovery requests and have agreed to the exchange of documents in furtherance of resolution of this matter. While Landis disputes personal liability for the funds owed to Plaintiff, he has admitted to liability in the amount of $19,405.43, the balance remaining on the promissory note between H. Sims and Plaintiff. H. Sims has admitted that it owes funds to Plaintiff in an amount yet to be determined. Defendants and Plaintiff have discussed resolution of this matter and anticipate resolution within the next few weeks. Parties are to further report to the Court in thirty (30) days as to the status of this matter.

Respectfully submitted,

DREWRY SIMMONS VORNEHM, LLP

By: /s/ Kimberly L. Cohen
　　Kimberly L. Cohen
　　(Indiana #25527-49)
　　**Admitted pro hac vice**

　　8888 Keystone Crossing, Suite 1200
　　Indianpolis, IN 46240
　　Tel:  317-580-4848
　　Fax:  317-580-4855
　　kcohen@drewrysimmons.com

　　*Co-Counsel for The H. Sims. Co., Inc. and Donald J. Landis.*


JENNINGS SIGMOND, P.C.

By: /s/ Jerome A. Flanagan
　　Jerome A. Flanagan

　　**Admitted pro hac vice**

　　The Penn Mutual Towers, 16th Floor
　　510 Walnut Street, Independence Square
　　Philadelphia, PA  19106-3683
　　Tel:  215-922-6700
　　Fax: 215-922-3524
　　jflanagan@jslex.com

　　*Co-Counsel for Plaintiff, International Painters and Allied Trades Industry Pension Fund*