IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND  )<br>)<br>)<br>        Plaintiff,    )<br>v.    )<br>    )<br>THE H. SIMS CO., INC.    )<br>    a/k/a The H Sims Company Inc    )<br>    )<br>    and    )<br>    )<br>DONALD J. LANDIS, individually and    )<br>    d/b/a The H. Sims Co., Inc.    )<br>    a/k/a The H Sims Company Inc    )<br>    )<br>        Defendants.    ) | CIVIL ACTION NO. 06-1519 (GK) |

## JOINT STIPULATION FOR ENTRY OF CONSENT ORDER AND JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed consent order and judgment may be entered without further notice or hearing.

| | |
|---|---|
| Plaintiff,<br>International Painters and Allied<br>Trades Industry Pension Fund | Defendant,<br>The H. Sims Co., Inc.<br>a/k/a The H Sims Company Inc |
| By its Attorney, | By its Attorney, |
| By: /s/ Sanford G. Rosenthal<br>    SANFORD G. ROSENTHAL (D.C. Bar No. 478737)<br>    JENNINGS SIGMOND, P.C.<br>    510 Walnut Street, Suite 1600<br>    Philadelphia, PA 19106<br>    Telephone: (215) 351-0615 | By: /s/ Kimberly L. Cohen<br>    KIMBERLY L. COHEN (Indiana Bar No. 25527-49)<br>    DREWRY SIMMONS VORNEHM, LLP<br>    8888 Keystone Crossing, Suite 1200<br>    Indianapolis, IN 46240<br>    Telephone: (317) 580-4848 |
| Attorney for Plaintiff | Attorney For Defendant |

Dated: March 29, 2007

181354-1