IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 06-1519 (GK) |
| v. | )<br>) |
| THE H. SIMS CO., INC.<br>    a/k/a The H Sims Company Inc | )<br>)<br>) |
| and | )<br>) |
| DONALD J. LANDIS, individually and<br>    d/b/a The H. Sims Co., Inc.<br>    a/k/a The H Sims Company Inc | )<br>)<br>)<br>) |
| Defendants. | ) |

**CONSENT ORDER**

Upon consideration of the Stipulation for Consent Order and the terms of this Consent Order submitted by the Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Plaintiff" or "Fund") and The H. Sims Co., Inc. a/k/a The H Sims Company Inc ("Company" or "Defendant),

IT IS ORDERED AND ADJUDGED as follows:

1.      This Court has jurisdiction over the above-captioned action with respect to the Plaintiff's claims against the Defendants under 29 U.S.C. § 185(a) and 1132. Venue lies in the District of Columbia under 29 U.S.C. §§ 185(a) and 1132(e)(2).

2.      The Plaintiff is a collectively bargained trust fund established under 29 U.S.C. § 186(c)(5) and a multiemployer plan and employee pension benefit plan as defined in section 3(37), (2) and (3) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1002(37), (2) and (3). The H. Sims Co., Inc. a/k/a The H Sims Company Inc ("Company") is an Indiana corporation and an employer in an industry affecting commerce within the meaning of 29 U.S.C. §§152(2), (6) and (7), 1002(5), (11) and (12).

3. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund," "Fund" or "Plaintiff") and against The H. Sims Co., Inc. a/k/a The H Sims Company Inc ("Company" or "Defendant) for unpaid contributions, liquidated damages, interest, late fees and attorneys' fees and costs pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $125,621.61 which includes:

| | | |
|---|---|---|
| (a) | Contributions (8/05 – 10/06) | $ 89,755.50 |
| (b) | Liquidated Damages | $ 17,951.10 |
| (c) | Interest (through January 15, 2007) | $ 4,906.15 |
| (d) | Late Fees | $ 353.53 |
| (e) | Attorneys' Fees and Costs (through March 27, 2007) | $ 18,695.33 |
| | TOTAL | $ 131,661.61 |

4. The Pension Fund may apply to this Court or to the Court in which enforcement is sought for additional interest on the unpaid contributions which shall accrue under 29 U.S.C. §1132(g)(2)(C)(i) and 26 U.S.C. §6621 from January 15, 2007 until the date they are paid.

5. The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in ¶ 3(e) above. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

6. Company has ceased operations; however, in the event that operations resume, Company, its owners and officers shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company

is a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

7. This judgment is between the Pension Fund and the Company and nothing in this Consent Order and Judgment shall affect Plaintiff's rights and/or claims against Donald J. Landis, individually and d/b/a The H. Sims Co., Inc. a/k/a The H Sims Company Inc.

8. On or about March 23, 2007, Donald J. Landis filed Chapter 7 bankruptcy in the United States Bankruptcy Court for the Southern District of Indiana, docketed at Case No. 07-02388-AJM-7. Plaintiff acknowledges that this matter is stayed as to Donald J. Landis individually pursuant to the Chapter 7 Bankruptcy filing.

9. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Date:_____

_____
Gladys Kessler,           J.
United States District Court Judge

Copies of this Order shall be sent to:

Sanford G. Rosenthal, Esquire
Jerome A. Flanagan, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

David I. Bledsoe, Esquire
601 King Street
Alexandria, VA 22314

Kimberly L. Cohen, Esquire
Drewry Simmons Vornehm, LLP
8888 Keystone Crossing, Suite 1200
Indianapolis, IN  46240