# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | )CIVIL ACTION NO. 06-1519 (GK) |
| v. | )<br>) |
| THE H. SIMS CO., INC.<br>    a/k/a The H Sims Company Inc | )<br>)<br>) |
| and | )<br>) |
| DONALD J. LANDIS, individually and<br>    d/b/a The H. Sims Co., Inc.<br>    a/k/a The H Sims Company Inc | )<br>)<br>)<br>) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY

TO THE CLERK:

Defendant Donald J. Landis filed Chapter 7 bankruptcy on March 23, 2007, in the United States Bankruptcy Court for the Southern District of Indiana, docketed at Case No. 07-02388-AJM-7. No further action may be prosecuted against Donald J. Landis in Civil Action No. 06-1519(GK) as a result of the automatic stay imposed pursuant to 11 U.S.C. §362(a).

Respectfully submitted,

JENNINGS SIGMOND, P.C.
BY: s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorney for the Fund

Date: March 29, 2007

181444-1

## **CERTIFICATE OF SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Suggestion of Bankruptcy was served by mailing same first class mail, postage prepaid on the date listed below:

David I. Bledsoe, Esquire
601 King Street
Alexandria, VA 22314

Kimberly L. Cohen, Esquire
Drewry Simmons Vornehm, LLP
8888 Keystone Crossing, Suite 1200
Indianapolis, IN  46240

                                                                                                  s/ Sanford G. Rosenthal
                                                                                                   SANFORD G. ROSENTHAL

Dated:  March 29, 2007

181444-1