## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 06-1519 (GK) |
| v. | )<br>) |
| THE H. SIMS CO., INC.<br>    a/k/a The H Sims Company Inc | )<br>)<br>) |
| and | )<br>) |
| DONALD J. LANDIS, individually and<br>    d/b/a The H. Sims Co., Inc.<br>    a/k/a The H Sims Company Inc | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of the Suggestion of Bankruptcy filed by Plaintiff, International Painters and Allied Trades Industry Pension Fund, it is ORDERED:

1. All claims against Defendant Donald J. Landis in this action are stayed pending a final resolution of the bankruptcy proceeding of Donald J. Landis.

                                                      BY THE COURT

Date:_____

                                                      Gladys Kessler,          J.
                                                      United States District Court Judge

181444-1